KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney

    450 Golden Gate Avenue,10th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6813
    Facsimile:   (415) 436-6748
    Email:      andrew.cheng@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TSUNGAI TUNGWARARA,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>               Defendant. | No. C 04-2144 EDL<br>**E-FILING CASE**<br><br>**JOINT STIPULATION AND**<br>**[PROPOSED]** **ORDER** (As Modified) |

    The parties, by and through their respective attorneys, request that the following deadlines be set by the Court in the above-captioned action.

    1.    The hearing on defendant Alfert Ludwigs' motion for summary judgment is continued from August 16, 2005 to **September 13, 2005**.

    2.    Plaintiff's opposition brief will be filed no later than **August 12, 2005**. Defendant's reply brief will be due on **August 30, 2005**.

    3.    The last date to complete factual discovery will be **August 31, 2005**.

    4.    Experts and expert reports shall be disclosed no later than **September 1, 2005** and supplemental experts disclosed no later than **September 15, 2005**.

    5.    Expert discovery shall be completed no later than **October 15, 2005**.

    6.    The last date to have summary judgment motions heard will be **November 29, 2005**.

///

///

7. The pre-trial conference in this case will take place on **January 23, 2006**. [24 written above, 23 struck through]

8. A jury trial lasting no more than five days will start on **February 13, 2006**.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Dated: July 19, 2005

____/s/_____
ANDREW Y.S. CHENG
Assistant United States Attorney

Dated: July 19, 2005

____/s/_____
ANTHONY SCHOENBERG
Attorney for Plaintiff

## ORDER

The hearing on defendant Alfert Ludwigs' motion for summary judgment is continued to **September 13, 2005**. Plaintiff's opposition brief shall be due on **August 12, 2005**. Defendant's reply brief shall be due on **August 30, 2005**. The last date to complete factual discovery will be **August 31, 2005**. Experts and expert reports shall be disclosed on **September 1, 2005**. Supplemental expert reports shall be due on **September 15, 2005**. Expert discovery shall be completed no later than **October 15, 2005**. The last day to hear summary judgment motions shall be **November 29, 2005**. The pre-trial conference in this case shall occur on **January 23, 2005**. A jury trial lasting no longer than five days shall occur on **February 13, 2006**. [24 written above 23; 24 written above 13]

**IT IS SO ORDERED.** AS MODIFIED

Dated: July 26, 2005

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

JOINT STIPULATION AND ~~PROPOSED~~ ORDER,
C 04-2144 EDL                     2