IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TSUNGAI TUNGWARARA,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendants.<br>_____/ | No. C-04-2144 EDL (MEJ)<br><br>**ORDER RESCHEDULING THE NOVEMBER 22, 2005, FURTHER SETTLEMENT CONFERENCE TO NOVEMBER 21, 2005, AT 10:00 A.M.**. |

　　　Upon the agreement of all the parties, the November 22, 2005, settlement conference has been reschedule to **November 21, 2005, at 10:00 a.m.**

　　　IT IS SO ORDERED.

Dated:　October 19, 2005

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge