KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney

    450 Golden Gate Avenue,10th Floor
    San Francisco, California 94102-3495
    Telephone:   (415) 436-6813
    Facsimile:    (415) 436-6748
    Email:       andrew.cheng@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TSUNGAI TUNGWARARA,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>               Defendant. | No. C 04-2144 EDL<br>**E-FILING CASE**<br><br>**REVISED JOINT STIPULATION AND [PROPOSED] ORDER** (AS MODIFIED) |

      The parties, by and through their respective attorneys, request that the following deadlines be set by the Court in the above-captioned action.

      The continuance of the dates is to accommodate a personal conflict of plaintiff's counsel for the month of November, 2005 and a scheduling conflict for defendant's counsel in January and February, 2006. Chief Judge Vaughn Walker has set a three-week bench trial for January 23, 2006 to February 10, 2006 in *Sistrunk v. United States*, C 02-5292 VRW. The current trial dates in this case conflict with the *Sistrunk* trial dates. The current dates for hearing the Federal Tort Claims Act summary judgment motion conflict with plaintiff's counsel's plan for a sabbatical in the month of November, 2005.

      The dates requested are as follows:

    1.    The last date to have summary judgment motions heard will be **February 1, 2006**.

    2.    The pre-trial conference in this case will take place on **March 13, 2006**.

///

1    3.    A bench trial lasting no more than five days will start on **April 3, 2006**.

2    The parties have agreed that if the trial date is moved to April, 2006, defendants will

3    withdraw their motion for a stay of action in this case.

    Respectfully submitted,

    KEVIN V. RYAN
    United States Attorney

Dated: October 20, 2005

    ____/s/_____
    ANDREW Y.S. CHENG
    Assistant United States Attorney

Dated: October 20, 2005

    ____/s/_____
    ANTHONY SCHOENBERG
    Attorney for Plaintiff

### **ORDER** (AS MODIFIED)

The last day to hear summary judgment motions shall be **February 7, 2006**. The pre-trial conference in this case shall occur on **March 21, 2006**. A bench trial lasting no longer than five days shall occur on **April 10, 2006**.

**IT IS SO ORDERED.**

Dated: October 24, 2005

    _Elizabeth D. Laporte_____
    ELIZABETH D. LAPORTE
    United States Magistrate Judge