KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney
KATHERINE B. DOWLING (SBN 220767)
Assistant United States Attorney

   450 Golden Gate Avenue,10th Floor
   San Francisco, California 94102-3495
   Telephone:   (415) 436-6813
   Facsimile:   (415) 436-6748
   Email:   andrew.cheng@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| TSUNGAI TUNGWARARA, | ) | No. C 04-2144 EDL |
| | ) | **E-filing Case** |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | **DEFENDANT'S EX PARTE MOTION** |
| v. | ) | **SEEKING COURT'S APPROVAL TO** |
| | ) | **FILE ADDITIONAL AUTHORITY** |
| UNITED STATES OF AMERICA, et al. | ) | |
| | ) | |
| Defendant. | ) | Date:   February 14, 2006 |
| | ) | Time:   9:00 a.m. |
| | ) | Courtroom E, 15th Floor |
| _____ | ) | |

     Pursuant to Civil L. R. 7-3(d), the Federal Defendant seeks the Court's approval to file the additional authority – *Welch v. United States*, 409 F.3d 646 (4th Cir. 2005).  A copy of the decision is attached as Exhibit A.

///

///

///

///

///

FEDERAL DEFENDANT'S EX PARTE MOTION TO CITE ADDITIONAL AUTHORITY, C 04-2144 EDL

Counsel for the Federal Defendant discovered the case after the filing of the reply brief and brings the case to the Court's attention because jurisdictional challenges can be raised at any time, even for the first time on appeal. *United States v. Cotton*, 535 U.S. 625, 630, 122 S.Ct. 1781 (2002); *Kuntz v. Lamar Corp.*, 385 F.3d 1177, 1181 (9th Cir. 2004).

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Dated: February 8, 2006

/s/
ANDREW Y.S. CHENG
KATHERINE B. DOWLING
Assistant United States Attorneys

IT IS SO ORDERED

DATED: February 13, 2006

GRANTED
Judge Elizabeth D. Laporte

ELIZABETH D. LAPORTE
U.S. MAGISTRATE JUDGE

FEDERAL DEFENDANT'S EX PARTE MOTION TO CITE ADDITIONAL AUTHORITY, C 04-2144 EDL