KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney

    450 Golden Gate Avenue,10th Floor
    San Francisco, California 94102-3495
    Telephone:   (415) 436-6813
    Facsimile:    (415) 436-6748
    Email:    andrew.cheng@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TSUNGAI TUNGWARARA,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>        Defendant. | No. C 04-2144 EDL<br>**E-FILING CASE**<br><br>**JOINT STIPULATION AND<br>[PROPOSED] ORDER**<br>AS MODIFIED |

      The parties, by and through their respective attorneys, request that the following deadlines be set by the Court in the above-captioned action.

      Defendant's motion for summary judgment is scheduled to be heard on **February 14, 2006**. Currently, the parties' pre-trial papers must be filed on **March 1, 2006**.

      The dates requested are as follows:

      1.    The last date to file all pre-trial papers will be **March 17, 2006**.

      2.    The last day to file oppositions to in limine motions and objections to evidence or witnesses will be **March 24, 2006**.

      3.    The pre-trial conference in this case will take place on **March 31, 2006**.

      4.    The parties request referral to the first available Magistrate Judge for a final settlement conference to take place before **March 17, 2006**.

///

///

1   5.   A bench trial lasting no more than five days will start on **April 10, 2006** and
2   conclude no later than **April 14, 2006**.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Dated: February 9, 2006

_____/s/_____
ANDREW Y.S. CHENG
Assistant United States Attorney

Dated: February 9, 2006

_____/s/_____
ANTHONY SCHOENBERG
Attorney for Plaintiff

### ORDER

The last day to file and serve all pre-trial papers will be **March 17, 2006**. All oppositions to in limine motions and objections to evidence and witnesses will be filed no later than **March 2~~4~~ 22, 2006**. The parties will be referred to the first available magistrate judge for a final settlement conference to take place before **March 17, 2006**. A bench trial lasting no longer than five days shall occur on **April 10, 2006**. The Pretrial Conference is scheduled for March 31, 2006 at 1:30PM.

**IT IS SO ORDERED.**

Dated: February 24, 2006   _____

*IT IS SO ORDERED AS MODIFIED*
*Judge Elizabeth D. Laporte*
Magistrate Judge

JOINT STIPULATION AND ~~PROPOSED~~ ORDER,
C 04-2144 EDL                    2