KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney
KATHERINE B. DOWLING (SBN 220767)
Assistant United States Attorney

    450 Golden Gate Avenue,10th Floor
    San Francisco, California 94102-3495
    Telephone:    (415) 436-6813
    Facsimile:    (415) 436-6748
    Email:    andrew.cheng@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TSUNGAI TUNGWARARA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>    Defendant. | No. C 04-2144 EDL<br>**E-filing Case**<br>ORDER ON<br>~~DEFENDANT'S EX PARTE MOTION~~<br>**SEEKING COURT'S APPROVAL TO**<br>**FILE ADDITIONAL DEPOSITION**<br>**TESTIMONY OF LAMONT HICKS**<br><br>Date:    February 14, 2006<br>Time:    9:00 a.m.<br>Courtroom E, 15th Floor |

       Pursuant to Civil L. R. 7-3(d), the Federal Defendant seeks the Court's approval to file the additional deposition testimony of La Mont Hicks, a percipient witness to the events of January 9, 2002 and particularly the fact that plaintiff intended to go to school at City College in San Francisco.

       The testimony (which is attached as Exhibit A) is as follows:

       31:20-32:1: "Q. And then what happened? A. I believe somebody was on the telephone and they were talking inform somebody from City College because at that time, they found an I-120. An I-120 is an application saying you're going to go to school. But the subject had a B-1 B-2 visa. The person at City College was told she has an F-1 visa to go to school here."

FEDERAL DEFENDANT'S EX PARTE MOTION TO CITE ADDITIONAL AUTHORITY, C 04-2144 EDL

33:5-25: "Q. In other words, she had already completed the form? A. No. She had a form saying she was going to City College of San Francisco. Q. Was it a blank form? A. No. It was a filled-out form for City College of San Francisco. You're not supposed to have blank forms. Q. Was this a form she would have filled out and then submitted to someone? A. No. It's a form that you get from a community college, a state college, a university, a U.C. Q. It's a form you get from the school you're going to go to? A. Yes. Q. And there was a form from City College saying that Ms. Tungwarara was going to go to school there, is that correct? A. Yes, sir. Q. Did you see this document? A. Yes."

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Dated: February 14, 2006

      /s/
ANDREW Y.S. CHENG
KATHERINE B. DOWLING
Assistant United States Attorneys

IT IS SO ORDERED

DATED: February 15, 2006

GRANTED
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

U.S. MAGISTRATE JUDGE
ELIZABETH D. LAPORTE

FEDERAL DEFENDANT'S EX PARTE MOTION TO CITE ADDITIONAL AUTHORITY, C 04-2144 EDL