IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TUNGWARARA,

    Plaintiff,

v.

UNITED STATES OF AMERICA ET AL,

    Defendant.

No. C-04-02144 EDL

**ORDER CONTINUING TRIAL DATE IN LIGHT OF REPORTED SETTLEMENT**

The parties have informed the Court that they have reached a settlement in the above-captioned action, and have requested a protective trial date of July 10, 2006.  The Court being unavailable on that day, it hereby sets the following schedule:

| | |
|---|---|
| May 12, 2006: | Parties to file a stipulation of agreement of compromise and settlement; |
| June 30, 2006: | Pretrial conference, if necessary; |
| August 7, 2006: | Court trial, if necessary. |

**IT IS SO ORDERED.**

Dated: March 7, 2006

                                                     ELIZABETH D. LAPORTE
                                                   United States Magistrate Judge